UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
IN THE WACO DIVISION

| | |
|---|---|
| RYAN LAMBERT, | * |
| an individual, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * Case No. 6:22-CV-00398 |
| VIRGINIA BRISENO | * |
| an individual | * |
| | * |
| and | * |
| | * |
| | * |
| BRISENO RENTALS LLC, | * |
| a limited liability company, | * |
| | * |
| DEFENDANTS. | * |

_____

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**
_____

The undersigned counsel, on behalf of Plaintiff, Joey Ramos, moves this Court for entry of a default judgment against Defendant, IMAN Business Inc., a limited liability company, ("DEFENDANT"), upon the complaint heretofore filed and served upon the Defendant, in accordance with the provisions of Rule 55(a) and Rule 55(b)(2) of the Federal Rules of Civil Procedure, and in support thereof shows the Court the following:

1. On April 19, 2022, the Plaintiff filed in the United States District Court, Western District of Texas, Austin Division, a Complaint in the above cause alleging certain violations of the Americans with Disabilities Act. (ECF Document 4)

2. On July 8, 2022, the Court issued a Summons for defendant. (ECF Document 5)

3. On September 23, 2022, a copy of said Complaint and said Summons were served upon the Defendant Briseno Rentals, LLC. by serving its Manage/Authorized Agent, Eduardo Fernandez in person at 11415 Blue Wing Road, San Antonio, TX 78223. (ECD Document 8)

4. On September 26, 2022, a copy of said Complaint and said Summons were served upon the Defendant Virginia Briseno at 220 Oakgrove Park Road, Dallas, North Carolina, 28034. by serving its Manage/Authorized Agent, Eduardo Fernandez in person at 11415 Blue Wing Road, San Antonio, TX 78223. (ECD Document 8)

5. Defendants have failed to answer, plead or otherwise defend this action by the deadline of October 17, 2022.

6. On January 13, 2022, the Clerk of Court has entered the default of the defendants, Virginia Birseno, an individual and Briseno Rentals, LLC, a limited liability company. (ECF Document 14)

7. Pursuant to the provisions of Rule 55(a) and Rule 55(b)(2) of the Federal Rules of Civil Procedure, this Court is empowered to enter a default judgment against the Defendant for relief sought by the Plaintiff in its Complaint, and written notice of this action has been given to the Defendant as set forth in the attached affidavit.

WHEREFORE, Plaintiff prays that this Court enter a judgment of default against the Defendant, and that the Defendant be ordered to fully remedy all barriers to entry as defined by the ADA that are present at the property that is the subject of this litigation as alleged in his Complaint. Further, Plaintiff prays for an award of attorney's fees consistent with the provisions of the ADA to be determined by subsequent affidavit and/or hearing.

This 30th day of May, 2023.

Respectfully submitted,

By:/s/ K. Michael Sturgill

K. MICHAEL STURGILL
State Bar No. 24075588
**SAPP & STURGILL, PLLC**
1100 NW Loop 410, Suite 700
San Antonio, TX  78213
Telephone:  (214) 504-6318
mike@sappsturgill.com

**COUNSEL FOR PLAINTIFF**

Case 6:22-cv-00398-ADA     Document 17     Filed 05/30/23     Page 4 of 5

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing has been sent to the Service List via United States Postal Service First Class mail and by United States Postal Service Certified mail (tracking:70222410000306232097 and 70222410000306232103) on the 30th of May, 2023.

                                                 */s/ K. Michael Sturgill*

SERVICE LIST:
BRISENO RENTALS, LLC
EDUARDO FERNANDEZ
11415 Blue Wing Road
San Antonio, Texas 78223
Registered Agent for BRISENO RENTALS, LLC

VIRGINIA BRISENO
220 Oakgrove Park Road
Dallas, North Carolina 28304